LE ROY F. HOVEY, Respondent, *v.* THOMAS D. RICHARDSON, JR., Appellant.

First Department, December 29, 1911.

See head note in *Hovey* v. *De Long Hook & Eye Co.* (*ante*, p. 881).

APPEAL by the defendant, Thomas D. Richardson, Jr., from an order of the Appellate Term of the Supreme Court, entered in the office of the clerk of the county of New York on the 4th day of May, 1911, reversing a judgment of the Municipal Court of the city of New York in favor of the defendant and granting a new trial.

*Charles E. Rushmore,* for the appellant.

*Lester S. Kafer,* for the respondent.

PER CURIAM:

For the reasons stated in the prevailing opinion, herewith handed down, in *Hovey* v. *De Long Hook & Eye Co.* (147 App. Div. 881) the determination of the Appellate Term should be affirmed, with costs.

Present — INGRAHAM, P. J., LAUGHLIN, CLARKE, SCOTT and MILLER, JJ. MILLER and SCOTT, JJ., dissented.

Determination affirmed, with costs.